IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal NO. 3:18CR00011 |
| | ) |
| JAMES ALEX FIELDS, JR. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL

I, John M. Gore, hereby certify that in my judgment, prosecution by the United States of James Alex Fields, Jr., for violating 18 U.S.C. § 245(b)(2) is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 245.

Signed this 19th day of June, 2018.

_____
John M. Gore
Acting Assistant Attorney General
Civil Rights Division