# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING

Case No.: 3:18CR00011-001            Date: 7/5/2018

| **Defendants:** | **Counsel:** |
|---|---|
| James Alex Fields, Jr. (CUSTODY) | Fred Heblich (FPD), Lisa Lorish (AFPD), Denise Lunsford(CJA) |

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ       TIME IN COURT: 3:31-3:44=13 min
- Deputy Clerk: Heidi N. Wheeler
- Court Reporter: H. Wheeler/FTR
- U. S. Attorney: Thomas Cullen/Chris Kavanaugh/Stephen Curran
- USPO: Brittany Warren
- Case Agent: Phil Alhusen, Wade Douthit
- Interpreter:

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel will be appointed. Court will appoint federal public defender. Court addresses appointment of co-counsel on the record and confirms appointment of Denise Lunsford.
☒ Deft. notified of right to consular notification under the Vienna Convention.

## DETENTION

☒ Government moves for detention.
☒ Defendant(s) not seeking release.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All Counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial to be set before Judge Urbanski . Parties to contact Judge Urbanski's scheduling clerk.
☒ Defendant(s) remanded to custody.

Additional Information:
Order of detention will enter.