| Description | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; USA v. James Alex Fields, Jr., Case No. 3:18CR00011; Date: July 5, 2018; Type of Hearing: IA/Arr/Dtn/ Parties: 1. Joel C. Hoppe, 2. AUSA: Chris Kavanaugh; 3 Lisa Lorish; 4. Defendant; Recorded by: Heidi N. Wheeler; Time in Court: 13 min |
|---|---|
| Date | 7/5/2018 **Location** [CVILLE-1-FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-1-FTR]

| Time | Speaker | Note |
|---|---|---|
| 2:57:41 PM | | Waiting |
| 3:31:06 PM | 1 | |
| 3:31:44 PM | 2 | |
| 3:31:45 PM | 1 | |
| 3:31:45 PM | 3 | |
| 3:31:46 PM | 1 | |
| 3:32:07 PM | 4 | Defendant sworn |
| 3:32:15 PM | 1 | |
| 3:32:17 PM | 1,4 | |
| 3:33:45 PM | 1,4 | Court will appoint counsel |
| 3:33:53 PM | 1,3 | Ms. Lorish wishes to address appointment of co-counsel based on charges |
| 3:34:34 PM | 1 | Court will confirm appointment of co-counsel Ms. Lunsford on the record |
| 3:34:50 PM | 1,4 | |
| 3:35:04 PM | 1 | Court advises defendant of consular notification |
| 3:35:40 PM | 1,4 | |
| 3:35:44 PM | 1,4 | Court goes over charges in the indictment |
| 3:39:59 PM | 1,4 | |
| 3:40:11 PM | 1,2 | AUSA summarizes penalties and range of punishments |
| 3:40:57 PM | 1,4 | |
| 3:41:04 PM | 1,3 | |
| 3:41:08 PM | 1,4 | |
| 3:41:19 PM | 1,4 | |
| 3:41:32 PM | 1,4 | |
| 3:42:45 PM | 1 | Defendant arraigned |
| 3:42:54 PM | 1,4 | |
| 3:42:58 PM | 1,3 | |
| 3:43:03 PM | 1,4 | Not Guilty |
| 3:43:11 PM | 1 | Court notes a joint motion to continue |
| 3:43:55 PM | 1 | |
| 3:44:03 PM | 1,2 | Government seeks detention |
| 3:44:05 PM | 1,3 | Defense not seeking release |
| 3:44:09 PM | 1 | Court will enter an order of detention |
| 3:44:18 PM | 1,2 | |
| 3:44:19 PM | 1,3 | |
| 3:44:20 PM | 1 | |
| 3:44:22 PM | END | |