**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
JAMES ALEX FIELDS JR.

)
)
)
)
)
)
)

Case No. 3:18CR00011-001

File as detainer with Albemarle-Charlottesville Regional Jail, 160 Peregory Lane, Charlottesville, VA 22902

*Defendant*

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUL 0 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES ALEX FIELDS, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 245(b)(2)(B)-Bias Motivated Interference with Federally Protected Activity Resulting in Death
18 U.S.C. § 249(a)(1)-Hate Crime Act Resulting in Death, Hate Crime Act Involving Attempt to Kill
18 U.S.C. § 3591, and 18 U.S.C. §3592-Notice of Special Findings

Date: 06/27/2018

By: /s/
*Issuing officer's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 6-27-18 , and the person was arrested on *(date)* 7-5-18 |
| at *(city and state)* Charlottesville, VA . |

Date: 7-5-18

/s/
*Arresting officer's signature*

Mark Haley, DUSM
*Printed name and title*