CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 3:18-CR-00011 |
| v. | : | |
| **JAMES ALEX FIELDS JR.** | : | |

## ORDER

This matter has come before the Court upon the parties' Joint Motion to Designate Case as Complex under the Speedy Trial Act (the "Motion"). Upon consideration of the Motion and the representations and reasons contained therein, this Court hereby makes the following **FINDINGS**:

That this case is complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) due to the nature of the prosecution, including but not limited to its potential capital nature; the existence of a parallel prosecution scheduled for trial on November 26, 2018, and the vast amount of discovery to be provided to the government and reviewed by the defense.

That the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial for the reasons stated in the parties' joint Motion.

Accordingly, it is hereby **ORDERED** that:

The Joint Motion to Designate Case as Complex under the Speedy Trial Act is GRANTED.

A status conference will be scheduled for December __7__, 2018.

The time between the arraignment on July 5, 2018 and the above-referenced status conference shall be excluded from the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161.

This 6 day of July, 2018.

/s/ Michael F. Urbanski
THE HONORABLE MICHAEL F. URBANSKI
UNITED STATES DISTRICT JUDGE