CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUN 29 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 20 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| v. ) | |
| ) | Criminal No. 3:18-CR-11 |
| ) | |
| JAMES ALEX FIELDS JR ) | |

Your petitioner, United States of America, by Christopher Kavanaugh, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an indictment charging Title 18 U.S.C. § 245(b)(2)(B), 18 U.S.C. § 249(a)(1), 18 U.S.C. § 3591, and 18 U.S.C. §.3592.

2. That the presence of the said defendant before the United States Magistrate Court for the Western District of Virginia at Charlottesville, Virginia, scheduled for an initial appearance on July 5, 2018 at 3:00 p.m. is necessary and he is now in custody of Albemarle-Charlottesville Regional Jail, Charlottesville, Virginia 22902.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or Special Agent Philipp Alhusen and another deputized agent, who shall bring the defendant before the Court at the above time and place.

Dated: 6/29/18

_____
Assistant United States Attorney

*************************************************************************

TO: Albemarle-Chalottesville Regional Jail, 160 Peregory Lane, Charlottesville, Virginia 22902
(434) 977-6981

IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.

GREETINGS:

WE COMMAND YOU that you surrender the body of JAMES ALEX FIELDS JR detained in the Albemarle-Charlottesville Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or Special Agent Philipp Alhusen and

1

another deputized agent, who shall bring the defendant before the Court at the above time and place, to the end that his body will be before the United States Magistrate Court for the Western District of Virginia, at Charlottesville, Virginia, on the 5th day of July, 2018, at 3:00 p.m., or at such other time or times as the Magistrate Court may direct.

ENTER: This ____ day of June 2018.
29th

_Joel C. Hoppe_
United States Magistrate Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR FBI SPECIAL AGENT PHILIPP ALHUSEN AND ANOTHER
DEPUTIZED AGENT:

A TRUE COPY, TESTE:
JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

TO EXECUTE:

WE COMMAND that you proceed to the Albemarle-Charlottesville Regional Jail and remove therefrom the body of JAMES ALEX FIELDS JR and produce him under safe and secure conduct before the United States Magistrate Court for the Western District of Virginia, at Charlottesville, Virginia, on the 5th day of July, 2018, at 3:00 p.m., or at such other time or times as the Magistrate Court may direct.

JULIA C. DUDLEY
CLERK OF COURT

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this __5__ day of __July__, 2018.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this __27__ day of __Aug__ 2018.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:   No

2