IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18-CR-00011 |
| | : | |
| v. | : | |
| | : | |
| JAMES ALEX FIELDS JR. | : | |
| | : | |

_____

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

The United States of America, through undersigned counsel, respectfully moves this Court to withdraw attorney Stephen J. Curran as counsel of record for this case. The government makes this motion because Mr. Curran has left the U.S. Department of Justice. Accordingly, the government respectfully asks that the Court grant this motion.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney


*/s/ Risa Berkower*_____
Risa Berkower
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Ave. NW
Washington, DC 20532
202-305-0150
risa.berkower@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

          _/s/Risa Berkower_____
          Risa Berkower
          Trial Attorney
          U.S. Department of Justice

2

Case 3:18-cr-00011-MFU   Document 29   Filed 09/24/18   Page 2 of 2   Pageid#: 61