UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| JAMES ALEX FIELDS, JR., | ) | Criminal No. 3:18-CR-00011 |
| Defendant | ) | |

Your petitioner, United States of America, by Christopher Kavanaugh, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an indictment charging Defendant with Title 18 United States Code § 245(b)(2)(B), § 249(a)(1), § 3591, and § 3592.

2. That the presence of said Defendant before the United States District Court for the Western District of Virginia at Charlottesville, scheduled for March 27, 2019 at 2:30 p.m., is necessary and said Defendant is now in custody of Albemarle-Charlottesville Regional Jail, Charlottesville, Virginia 22902.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: March 25, 2019                    *s/Christopher Kavanaugh*
                                         Christopher Kavanaugh
                                         Assistant United States Attorney

----

TO:   Albemarle-Charlottesville Regional Jail, 160 Peregory Lane, Charlottesville, Virginia 22902
      434-977-6981

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434) 293-4283.**

GREETINGS:

WE COMMAND that you surrender the body of **JAMES ALEX FIELDS, JR.,** detained in the Albemarle-Charlottesville Regional Jail under your custody, as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that said defendant's body will be before the United States District Court

for the Western District of Virginia, at Charlottesville, scheduled for March 27, 2019 at 2:30 p.m., or at such other time or times as the District Court may direct.

       ENTERED: This \_\_\_\_ day of _____, 2019.

       _____
       Judge

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:**

**TO EXECUTE:**

WE COMMAND that you proceed to Albemarle-Charlottesville Regional Jail and remove therefrom the body of **JAMES ALEX FIELDS, JR.** and produce said defendant under safe and secure conduct before the United States District Court for the Western District of Virginia, at Charlottesville, scheduled for March 27, 2019 at 2:30 p.m., or at such other time or times as the District Court may direct.

BY: _____
       Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this _____ day of _____, 2019

    BY: _____
       United States Marshal/Deputy

**RETURNED:**

EXECUTED this _____ day of _____, 2019

    BY: _____
       United States Marshal/Deputy

**SENTENCED STATE PRISONER?** No