# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:  3:18CR00011-001**          **Date:  3/27/2019**

---

**Defendant:  James Alex Fields, Jr. - custody**          **Counsel:  Lisa Lorish, Fred Heblich, FPD**

---

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Michael F. Urbanski, CUSDJ          TIME IN COURT:  2:59-3:54  55 minutes |
| | Deputy Clerk: | Kristin Ayersman |
| | Court Reporter: | Sonia Ferris |
| | U. S. Attorney: | Chis Kavanaugh, Risa Berkower, Thomas Cullen |
| | USPO: | Larry Breckenridge, Brittany Warren |
| | Case Agent: | Phil Aulhusen, Wade Douthit |
| | Interpreter: | none |

## PROCEEDINGS:

☐ Waiver of Indictment filed.
☐ Information filed.
☒ Plea Agreement filed with court; SOF filed with the court.
☐ Defendant advised of right to have U. S. District Judge accept plea.  Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
☒ Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts One through Twenty-Nine, inclusive.
   OR
☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

## DEFENDANT PLEADS:
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1-29, inclusive | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Court orders Presentence Report.
☐ Copy of Presentence Report not requested.
☐ Defendant to remain on bond.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for 7/3/19  @ 9am  before Chief Judge Michael F. Urbanski in Charlottesville Division.

Additional Information:

Court asks the US to address the death penalty.  Thomas Cullen, US Atty - advises that the AG has directed that the US not seek the death penalty in this case against the defendant conditioned upon the dft entering a GP in this case and has a letter dated 3/22/19 to that effect, which will be submitted to the court.  Court directs clerk to enter this on the record as either an exhibit to this hearing or as a separate docket entry.