

**Office of the Attorney General**
**Washington, D. C. 20530**

March 22, 2019

The Honorable Thomas T. Cullen
United States Attorney
Western District of Virginia
310 First Street, SW
Roanoke, VA 24011

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division
Department of Justice
Washington, D.C. 20530

Dear Messrs. Cullen and Dreiband:

You are authorized and directed not to seek the death penalty against James Alex Fields, Jr. conditioned on his entering into a plea agreement in accordance with the terms delineated in your March 19, 2019 memorandum.

Sincerely,

*/s/ William P. Barr*

William P. Barr
Attorney General