IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal Action No. 3:18CR00011

JAMES ALEX FIELDS, JR.

In the presence of Lisa Lorish and Fred Heblich, FPD, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and Counts One through Twenty-Nine thereof. I have been advised of the maximum punishment which may be imposed by the court for these offenses. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

*James Fields*
Signature of Defendant

3/27/19
Date

*[signature]*
Witness