# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

USA

V.

James Alex Fields

**EXHIBIT AND WITNESS LIST**

Case Number: 3:18CR00011-001

| PRESIDING JUDGE<br>Michael F. Urbanski | PLAINTIFF'S ATTORNEY<br>Kavanaugh, Cullen, Berkower | DEFENDANT'S ATTORNEY<br>Lorish/Lunsford/Heblich |
|---|---|---|
| TRIAL DATE (S)<br>6/28/2019 | COURT REPORTER<br>Mary Butenschoen | COURTROOM DEPUTY<br>H. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 31 | | 6/28/2019 | X | X | Video Fields in park | Alhusen |
| 32 | | 6/28/2019 | X | X | Video Fields behind barricade | Alhusen |
| 33 | | 6/28/2019 | X | X | Video Fields marching | Alhusen |
| 33A | | 6/28/2019 | X | X | Photo Still shot of Fields marching black shield | Alhusen |
| | | | | | | Alhusen |
| 35 | | 6/28/2019 | X | X | Photo Challenger | Alhusen |
| 36 | | 6/28/2019 | X | X | Photo Challenger in 2nd St / Water St intersection | Alhusen |
| 37 | | 6/28/2019 | X | X | Video Aerial surveillance | Alhusen |
| 38 | | 6/28/2019 | X | X | Photo Damage to front of Challenger | Alhusen |
| 39 | | 6/28/2019 | X | X | Video Red Pump Kitchen surveillance footage | Alhusen |
| 40 | | 6/28/2019 | X | X | Video marchers along 2nd Street | Alhusen |
| 40A | | 6/28/2019 | X | X | Photo Still photo from Ex. 40 showing Challenger at top of hill | Alhusen |
| 41 | | 6/28/2019 | X | X | Video of Challenger goind down Water St. | Alhusen |
| 42 | | 6/28/2019 | X | X | Video of Challenger driving into marchers on Water St. | Alhusen |
| 43 | | 6/28/2019 | X | X | Video of Challenger driving into marchers on Water St. | Alhusen |
| 44 | | 6/28/2019 | X | X | Video of Challenger driving into marchers on Water St. | Alhusen |
| 1 | | 6/28/2019 | X | X | Photo of Heather Heyer | Alhusen |
| 1A | | 6/28/2019 | X | X | Photo of back of Heather Heyer | Alhusen |
| 1B | | 6/28/2019 | X | X | Photo of Heather Heyer in front of car | Alhusen |
| 1D | | 6/28/2019 | X | X | Photo of Heather Heyer on ground | Alhusen |
| 2 | | 6/28/2019 | X | X | Photo of MB | Alhusen |
| 2A | | 6/28/2019 | X | X | Photo of MB with blue hat in front of car | Alhusen |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 5 Pages

AO 187A (Rev. 7/87)

| US vs. FIELDS | | | | | CASE NO. 3:18CR11 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 3 | | 6/28/2019 | X | X | Photo of MM | Alhusen |
| 3A | | 6/28/2019 | X | X | Photo of MM with red hat in front of car | Alhusen |
| 3B | | 6/28/2019 | X | X | Photo of MM in mid-air | Alhusen |
| 3C | | 6/28/2019 | X | X | Photo of MM laying in doorway of 117 | Alhusen |
| 3D | | 6/28/2019 | X | X | Photo of MM at memorial in wheelchair | Alhusen |
| 4 | | 6/28/2019 | X | X | Photo of CC | Alhusen |
| 4A | | 6/28/2019 | X | X | Photo of CC | Alhusen |
| 5 | | 6/28/2019 | X | X | Photo of TB | Alhusen |
| 5A | | 6/28/2019 | X | X | Photo of TB in font of car | Alhusen |
| 5B | | 6/28/2019 | X | X | Photo of TB in mid-air from behind car | Alhusen |
| 5C | | 6/28/2019 | X | X | Photo of TB in mid-air from sidewalk | Alhusen |
| 5D | | 6/28/2019 | X | X | Photo of TB in hospital | Alhusen |
| 6 | | 6/28/2019 | X | X | Photo of WB | Alhusen |
| 6A | | 6/28/2019 | X | X | Photo of WB on ground | Alhusen |
| 6B | | 6/28/2019 | X | X | Photo of WB in hospital | Alhusen |
| 6C | | 6/28/2019 | X | X | Photo of WB in hospital, bandaged head | Alhusen |
| 6D | | 6/28/2019 | X | X | Photo of WB in hospital, injuries | Alhusen |
| 7 | | 6/28/2019 | X | X | Photo of NL | Alhusen |
| 8 | | 6/28/2019 | X | X | Photo of EB | Alhusen |
| 7A | | 6/28/2019 | X | X | Photo of NL on ground behind vehicle | Alhusen |
| 7B | | 6/28/2019 | X | X | Photo of NL in hospital | Alhusen |
| 8A | | 6/28/2019 | X | X | Photo of EB on hood of car | Alhusen |
| 8B | | 6/28/2019 | X | X | Photo of EB on stretcher | Alhusen |
| 8C | | 6/28/2019 | X | X | Photo of EB in hospital | Alhusen |
| 9 | | 6/28/2019 | X | X | Photo of AM | Alhusen |
| 10 | | 6/28/2019 | X | X | Photo of NM | Alhusen |
| 9A | | 6/28/2019 | X | X | Photo of AM on ground | Alhusen |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | US | vs. | FIELDS | | CASE NO. 3:18CR11 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 9B | | 6/28/2019 | X | X | Photo of AM with first responders | Alhusen |
| 10A | | 6/28/2019 | X | X | Photo of NM in hospital side view | Alhusen |
| 10B | | 6/28/2019 | X | X | Photo of NM in hospital leg injuries | Alhusen |
| 11 | | 6/28/2019 | X | X | Photo of CA | Alhusen |
| 11A | | 6/28/2019 | X | X | Photo of CA front right corner of car | Alhusen |
| 11B | | 6/28/2019 | X | X | Photo CA series | Alhusen |
| 11C | | 6/28/2019 | X | X | Photo of Drum on side of street | Alhusen |
| 12 | | 6/28/2019 | X | X | Photo of NR | Alhusen |
| 12A | | 6/28/2019 | X | X | Photo of NR on ground bleeding | Alhusen |
| 12B | | 6/28/2019 | X | X | Photo of NR in hospital | Alhusen |
| 12C | | 6/28/2019 | X | X | Photo of NR in hospital head/facial injuries | Alhusen |
| 13 | | 6/28/2019 | X | X | Photo of MAN | Alhusen |
| 14 | | 6/28/2019 | X | X | Photo of SS | Alhusen |
| 13A | | 6/28/2019 | X | X | Photo of MAN in front of pickup truck | Alhusen |
| 13B | | 6/28/2019 | X | X | Photo of MAN in front of pickup truck hugging SS | Alhusen |
| 13C | | 6/28/2019 | X | X | Photo of MAN at right front of car | Alhusen |
| 13D | | 6/28/2019 | X | X | Photo of MAN behind pickup on ground | Alhusen |
| 13E | | 6/28/2019 | X | X | Photo of MAN in group of first responders | Alhusen |
| 14A | | 6/28/2019 | X | X | Photo of SS in front of pickup truck hugging MAN | Alhusen |
| 14B | | 6/28/2019 | X | X | Photo of SS in mid-air | Alhusen |
| 14C | | 6/28/2019 | X | X | Photo of SS on ground | Alhusen |
| 15 | | 6/28/2019 | X | X | Photo of KA | Alhusen |
| 16 | | 6/28/2019 | X | X | Photo of CM | Alhusen |
| 17 | | 6/28/2019 | X | X | Photo of MR | Alhusen |
| 18 | | 6/28/2019 | X | X | Photo of AH | Alhusen |
| 18A | | 6/28/2019 | X | X | Photo of AH in orange shirt in front of car | Alhusen |
| 18B | | 6/28/2019 | X | X | Photo of AH being assisted by first responders | Alhusen |

Page 3 of 5 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | US | vs. | FIELDS | | CASE NO. 3:18CR11 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 18C | | 6/28/2019 | X | X | Photo of AH on stretcher | Alhusen |
| 18D | | 6/28/2019 | X | X | Photo of AH head injury | Alhusen |
| 18E | | 6/28/2019 | X | X | Photo of AH in hospital with neck brace | Alhusen |
| 18F | | 6/28/2019 | X | X | Photo of AH knee injury | Alhusen |
| 18G | | 6/28/2019 | X | X | Photo of AH at memorial | Alhusen |
| 19 | | 6/28/2019 | X | X | Photo of KT | Alhusen |
| 19A | | 6/28/2019 | X | X | Photo of KT at front left of car | Alhusen |
| 20 | | 6/28/2019 | X | X | Photo of SL | Alhusen |
| 20A | | 6/28/2019 | X | X | Photo of SL in hospital | Alhusen |
| 20B | | 6/28/2019 | X | X | Photo of SL head/facial injuries | Alhusen |
| 21 | | 6/28/2019 | X | X | Photo of CY | Alhusen |
| 21A | | 6/28/2019 | X | X | Photo of CY on ground | Alhusen |
| 22 | | 6/28/2019 | X | X | Photo of LQ | Alhusen |
| 22A | | 6/28/2019 | X | X | Photo of LQ | Alhusen |
| 22B | | 6/28/2019 | X | X | Photo of LQ on windshield of Camry | Alhusen |
| 22C | | 6/28/2019 | X | X | Photo of LQ in hospital | Alhusen |
| 23 | | 6/28/2019 | X | X | Photo of TW | Alhusen |
| 24 | | 6/28/2019 | X | X | Photo of MW | Alhusen |
| 23A | | 6/28/2019 | X | X | Photo rear end damage to Toyota Camry | Alhusen |
| 25 | | 6/28/2019 | X | X | Photo of BH | Alhusen |
| 25A | | 6/28/2019 | X | X | Photo of BH back to camera in front of Honda minivan | Alhusen |
| 25B | | 6/28/2019 | X | X | Photo of BH in hospital | Alhusen |
| 25C | | 6/28/2019 | X | X | Photo of BH in hospital | Alhusen |
| 26 | | 6/28/2019 | X | X | Photo of LS | Alhusen |
| 26A | | 6/28/2019 | X | X | Photo of LS in front of Honda minivan | Alhusen |
| 26B | | 6/28/2019 | X | X | Photo of Honda minivan and Camry in Water St. intersection | Alhusen |
| 27 | | 6/28/2019 | X | X | Photo of MJ | Alhusen |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| US | vs. | FIELDS | CASE NO. 3:18CR11 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 2829 | | 6/28/2019 | X | X | Photo AJ (minor) Photo of AR (minor) | Alhusen |
| 45 | | 6/28/2019 | X | X | Photo of Fields bedroom in Ohio | Alhusen |
| 46 | | 6/28/2019 | X | X | Photo of bedside table | Alhusen |
| 47 | | 6/28/2019 | X | X | Recordings of phone calls 8/27/2018 | Alhusen |
| 48 | | 6/28/2019 | X | X | Recordings of phone calls 12/7/17 | Alhusen |
| 50 | | 6/28/2019 | X | X | Excerpt of report / Twitter Search Warrant ("TheRealGiantDad") | Douthit |
| 51 | | 6/28/2019 | X | X | Cartoon from post on twitter account | Douthit |
| 52 | | 6/28/2019 | X | X | Excerpt of report/ Twitter Search Warrant ("TheNewGiantDad") | Douthit |
| 53 | | 6/28/2019 | X | X | Imapge attached to tweet at 52 | Douthit |
| 54 | | 6/28/2019 | X | X | Image of Hitler from Twitter Account | Douthit |
| 55 | | 6/28/2019 | X | X | Image of Zyklon Canister from Twitter Account | Douthit |
| 56 | | 6/28/2019 | X | X | Image of Unite the Right Flyer from Twitter Account | Douthit |
| 57 | | 6/28/2019 | X | X | Meme of car driving through crowd - private from Instagram Acct | Douthit |
| 58 | | 6/28/2019 | X | X | Meme of car driving through crowd -public from Instagram Acct | Douthit |
| 59 | | 6/28/2019 | X | X | Report -Instagram account ("thebigboss1337) | Douthit |
| 60 | | 6/28/2019 | X | X | Excerpt of testimony from former classmate BW | Douthit |
| 61 | | 6/28/2019 | X | X | Excerpts of testimony from former classmate EP | Douthit |
| 62 | | 6/28/2019 | X | X | Excerpts of testimony from former classmate GD | Douthit |
| 63 | | 6/28/2019 | X | X | Photo of Hitler sent from defendant to mother | Douthit |
| 64 | | 6/28/2019 | X | X | Image from torch march | Douthit |
| 64A | | 6/28/2019 | X | X | Image from torch march | Douthit |
| 65 | | 6/28/2019 | X | X | Image of people with traditional jewish headcovering | Douthit |

Page 5 of 5 Pages