

**Count One -- Heather Heyer**



GOVERNMENT EXHIBIT
1



GOVERNMENT
EXHIBIT
1 A



Courtesy Ryan M. Kelly



GOVERNMENT
EXHIBIT
18







Count Two -- M.B.

GOVERNMENT EXHIBIT



Courtesy Ryan M. Kelly



ENGAD 800-631-6989

GOVERNMENT
EXHIBIT
3-18CR11
A



**Count Three -- M.M.**

Case 3:18-cr-00011-MFU   Document 59-1   Filed 07/02/19   Page 8 of 70   Pageid#: 424

GOVERNMENT
EXHIBIT



Courtesy Ryan M. Kelly



GOVERNMENT EXHIBIT









CHIP SOMODEVILLA/GETTY IMAGES NORTH AMERICA/GETTY IMAGES

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
3D
#4



**Count Four -- C.C.**

GOVERNMENT
EXHIBIT



GOVERNMENT
EXHIBIT



**Count Five -- T.B.**

GOVERNMENT EXHIBIT 5



Courtesy Ryan M. Kelly



GOVERNMENT
EXHIBIT
SA



Case 3:18-cr-00011-MFU Document 53-1 Filed 07/02/19 Page 17 of 70 Pageid#: 433








**Count Six -- W.B.**







GOVERNMENT
EXHIBIT



GOVERNMENT
EXHIBIT

GOVERNMENT
EXHIBIT



**Count 7 -- N.L.**

GOVERNMENT EXHIBIT






# Count 8 -- E.B.

GOVERNMENT
EXHIBIT










PENGAD 800-631-6989
GOVERNMENT
EXHIBIT



**Count 9 -- A.M.**

GOVERNMENT
EXHIBIT




GOVERNMENT
EXHIBIT
3:18cr11
9A



GOVERNMENT EXHIBIT

# Count 10 – N.M.

GOVERNMENT EXHIBIT 10



GOVERNMENT
EXHIBIT



GOVERNMENT
EXHIBIT



**Count 11 -- C.A.**





Courtesy Ryan M. Kelly



GOVERNMENT
EXHIBIT




GOVERNMENT EXHIBIT



GOVERNMENT
EXHIBIT
11 C



**Count 12 -- N.R.**

GOVERNMENT
EXHIBIT



ddp USA/REX/Shutterstock





GOVERNMENT
EXHIBIT

# Count 13 -- M.A.N.

GOVERNMENT EXHIBIT



GOVERNMENT
EXHIBIT
13-A



GOVERNMENT
EXHIBIT



Courtesy Ryan M. Kelly



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT





NGAD 800-631-6989

GOVERNMENT
EXHIBIT



**Count 14 -- S.S.**









GOVERNMENT
EXHIBIT
14B



GOVERNMENT
EXHIBIT
PENGAD 800-631-6989



**Count 15 -- K.A.**





**Count 16 -- C.M.**





**Count 17 -- M.R.**

GOVERNMENT
EXHIBIT



**Count 18 -- A.H.**

GOVERNMENT
EXHIBIT
18







GOVERNMENT
EXHIBIT



GOVERNMENT EXHIBIT









GOVERNMENT
EXHIBIT
18F







**Count 19 -- K.T.**

GOVERNMENT EXHIBIT



Courtesy Ryan M. Kelly





**Count 20 -- S.L.**





GOVERNMENT
EXHIBIT
20A