

GOVERNMENT
EXHIBIT
2016



**Count 21 -- C.Y.**



GOVERNMENT
EXHIBIT



Downtown Mall
shopping • dining • arts

GOVERNMENT
EXHIBIT
3:18cr11
W/18/19

# Count 22 -- L.Q.












GOVERNMENT
EXHIBIT



**Count 23 -- T.W.**



GOVERNMENT
EXHIBIT
23





Count 24 -- M.W.

GOVERNMENT EXHIBIT



# Count 25 -- B.H.



GOVERNMENT
EXHIBIT





GOVERNMENT EXHIBIT







GOVERNMENT
EXHIBIT



**Count 26 – L.S.**





GOVERNMENT
EXHIBIT





**Count 27 – M.J.**

GOVERNMENT EXHIBIT

# Count 28 – A.J. (age 5)

GOVERNMENT EXHIBIT

# Count 29 – A.R. (age 10)

GOVERNMENT
EXHIBIT
29





GOVERNMENT EXHIBIT



PENGAD 800-631-6989

G.18081:
NW
25

12/38/19

GOVERNMENT
EXHIBIT



GOVERNMENT
EXHIBIT

ENGAD 800-631-6989



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT




GOVERNMENT EXHIBIT
4OA
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
46

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) ANALYSIS of Twitter #3 search warrant returns - @TheRealGiantDad

**Date:** 01/02/2018

**CC:** FIELDS case

**From:** RICHMOND
       RH-13
       **Contact:** Brant Meyer, 434-244-7348

**Approved By:** SIA Joseph S. Bornschein

**Drafted By:** Brant Meyer

**Case ID #:** 44A-RH-2197407    (U) JAMES ALEX FIELDS;
                             HEATHER HEYER (VICTIM),
                             CHARLOTTESVILLE, VIRGINIA;
                             CIVIL RIGHTS - HATE CRIMES,
                             FORCE AND OR VIOLENCE
         266N-RH-2197402    (U) JAMES ALEX FIELDS;
                             HEATHER HEYER (VICTIM; DECEASED);
                             CHARLOTTESVILLE, VIRGINIA;
                             WHITE SUPREMACY EXTREMISM
                             TIER 7: INCARCERATED

**Synopsis:** (U) The purpose of this EC is to document the research and analysis into the Search Warrant returns from James Alex FIELDS' Twitter account @TheRealGiantDad, Twitter ID 836744285038981120.

**Details:**

## KEY FINDINGS

- (U) FIELDS made a number of anti-semitic and racially charged tweets. Additionally, FIELDS posted a large quantity of media depicting Nazi Propaganda and White supremacist memes.

Title:  (U) ANALYSIS of Twitter #3 search warrant returns –
@TheRealGiantDad
Re:  44A-RH-2197407, 01/02/2018



*2017-03-21T11:55:08Z*

*@the_real_Lord @985768531k It's not hateful to support an ethnostate,
free of zionist control, and acknowledge the existence of race.*



Title: (U) ANALYSIS of Twitter #3 search warrant returns –
@TheRealGiantDad
Re: 44A-RH-2197407, 01/02/2018



*2017-03-21T13:04:38Z*

*@PabloBonzo @NJHomeFunerals @mondospreefilms Theres enough difference*
*between Europeans and africans to be different sub-species*

*2017-03-21T13:05:37Z*

*@NJHomeFunerals @PabloBonzo @mondospreefilms @OhNoSheTwitnt The same*
*can be said for blacks, asian, and Mexicans.*

Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 30 of 66   Pageid#: 516





FD-1057 (Rev. 5-8-10)

OFFICIAL RECORD

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

### Electronic Communication

**Title:** (U) ANALYSIS of Twitter #1 search warrant returns - @TheNewGiantDad, display name 'Volker Krieger'

**Date:** 11/08/2017

**CC:** FIELDS case

**From:** RICHMOND
      RH-13
      **Contact:** Brant Meyer, 434-244-7348

**Approved By:** SIA Joseph S. Bornschein

**Drafted By:** Brant Meyer

**Case ID #:** 44A-RH-2197407     (U) JAMES ALEX FIELDS;
                                     HEATHER HEYER (VICTIM),
                                       CHARLOTTESVILLE, VIRGINIA;
                                       CIVIL RIGHTS - HATE CRIMES,
                                       FORCE AND OR VIOLENCE

           266N-RH-2197402     (U) JAMES ALEX FIELDS;
                                       HEATHER HEYER (VICTIM; DECEASED);
                                       CHARLOTTESVILLE, VIRGINIA;
                                       WHITE SUPREMACY EXTREMISM
                                       TIER 7: INCARCERATED

**Synopsis:** (U) The purpose of this EC is to document the research and analysis into the Search Warrant returns from James Alex FIELDS' Twitter account @TheNewGiantDad, display name 'Volker Krieger', Twitter ID 844482580896514053.

**Enclosure(s):** Enclosed are the following items:
1. (U) Top Contacts and IP addresses

**Details:**

## KEY FINDINGS

- (U) On two occasions, FIELDS advocated for the creation of work camps where unnamed individuals could be worked to death.

UNCLASSIFIED

GOVERNMENT EXHIBIT 52

Title:  (U) ANALYSIS of Twitter #1 search warrant returns –
@TheNewGiantDad, display name 'Volker Krieger'
Re:  44A-RH-2197407, 11/08/2017



2017-07-18T04:17:16Z

*@cmonravi @RainyyM @apurposefulwife Human beings in general are
animals, Europeans are the superior sub-species. You should take a
course on evolution sometime, nigger. https://t.co/DtEcxr815r*

2017-04-27T03:06:29Z

*@TheDotP @AltRightReport @Nilssoness Black, negro, someone of mostly
african decent. They aren't European. Filthy Degenerate.*



Title:  (U) ANALYSIS of Twitter #1 search warrant returns –
@TheNewGiantDad, display name 'Volker Krieger'
Re:  44A-RH-2197407, 11/08/2017



2017-05-14T07:45:29Z

*@PjsUhHuhHer @reneuue @apurposefulwife Blacks make up only 12% of the
population yet commit over 50% of violent crimes. The average black
has a IQ of 65-75, the range of a retard.*



Title:   (U) ANALYSIS of Twitter #1 search warrant returns -
@TheNewGiantDad, display name 'Volker Krieger'
Re:   44A-RH-2197407, 11/08/2017



2017-04-26T05:18:30Z

*@jondutoit @JackPosobiec The White Race built modern civilization.
looking at all we've accomplished, no other Race can even compete.
#HitlerWasRight https://t.co/BZj8KgsMJM*



2017-05-11T11:08:08Z

*@Kang_Dindu @finnationalist @SoylentMerchant I wonder if the masses
will ever wake up. I have a hard time not hating them for their
ignorance. #HitlerWasRight*



Title: (U) ANALYSIS of Twitter #1 search warrant returns –
@TheNewGiantDad, display name 'Volker Krieger'
Re: 44A–RH–2197407, 11/08/2017



2017-05-06T07:23:32Z

*@mkteacher @DrDavidDuke We as a people need to reclaim Leadership of*
*our Nation, and cast off the shackles of the jew.*



**MEDIA DEPICTING ADOLF HITLER**

Title: (U) ANALYSIS of Twitter #1 search warrant returns –
@TheNewGiantDad, display name 'Volker Krieger'
Re: 44A-RH-2197407, 11/08/2017



*"I'll have no problem putting a bullet in the skull of everyone who thinks like you."*









GOVERNMENT
EXHIBIT



GOVERNMENT
EXHIBIT







When I see protesters blocking







FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) ANALYSIS of Instagram search warrant returns - @thebigboss1337, display name 'Invisible Man'

**Date:** 10/31/2017

**CC:** FIELDS case

**From:** RICHMOND
        RH-13
        **Contact:** Brant Meyer, 434-244-7348

**Approved By:** SIA Joseph S. Bornschein

**Drafted By:** Brant Meyer

**Case ID #:** 44A-RH-2197407    (U) JAMES ALEX FIELDS;
                                    HEATHER HEYER (VICTIM),
                                    CHARLOTTESVILLE, VIRGINIA;
                                    CIVIL RIGHTS - HATE CRIMES,
                                    FORCE AND OR VIOLENCE

        266N-RH-2197402    (U) JAMES ALEX FIELDS;
                                    HEATHER HEYER (VICTIM; DECEASED);
                                    CHARLOTTESVILLE, VIRGINIA;
                                    WHITE SUPREMACY EXTREMISM
                                    TIER 7: INCARCERATED

**Synopsis:** (U) The purpose of this EC is to document the research and analysis into the Search Warrant returns from James Alex FIELDS' Instagram account @thebigboss1337, display name 'Invisible Man'.

**Enclosure(s):** Enclosed are the following items:
1. (U) Top contacts and IP addresses

Details:

## KEY FINDINGS

- (U) FIELDS twice posted a captioned photo depicting a car ramming through a crowd of protesters.



Title:  (U) ANALYSIS of Instagram search warrant returns -
@thebigboss1337, display name 'Invisible Man'
Re:  44A-RH-2197407, 10/31/2017



2017-05-31 5:27:49 (UTC)
*@prettyboymason18 No, you get out. You filthy nigger.*

2017-05-31 5:28:29 (UTC)
*@prettyboymason18 Soon you filthy apes will be sent back to the jungle.*

2017-05-31 5:29:30 (UTC)
*You filthy nigger. Know your place, you simply can't compete with the
White Man.*

2017-05-31 5:38:01 (UTC)
*Silence nigger, know your place.*

Title: (U) ANALYSIS of Instagram search warrant returns -
@thebigboss1337, display name 'Invisible Man'
Re: 44A-RH-2197407, 10/31/2017



2017-07-14 23:01:47 (UTC)
*@the_southern_pr1de Heil Hitler. We must secure the existence of our
people, & a future for White Children*



Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 46 of 66   Pageid#: 532



TOLL-FREE 800.262.8777
LOCAL 540.667.0600
FAX 540.667.6562

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™

U.S. DEPARTMENT OF JUSTICE


U.S. ATTORNEY'S OFFICE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION


UNITED STATES COURTHOUSE AND FEDERAL BUILDING
255 WEST MAIN STREET
CHARLOTTESVILLE, VIRGINIA 22901




WEDNESDAY, MAY 9, 2018
11:54 A.M.

GOVERNMENT
EXHIBIT



18    So, he had sat at the table and then he is
19 like, he looked at me and he said hey, and I looked at
20 him.  I didn't say anything back.  He said what are
21 you doing tonight and I was like I, like, I really
22 didn't know how to respond.  I was like I don't know,
23 what do you mean?  And he said, so when are you going
24 to come over and pick my cotton and after he said that
25 I immediately was already angry about everything else,

1 so I tried to reach across the table and try and, you

2 know, I guess do something.  My friend, not my friends

3 because they laughed, they thought it was funny, but

4 they pulled me back and after that I started sobbing

5 and he started just laughing, like, really, really

6 loudly.  Like, I've never heard a laugh like that.  It

7 was just, like, very loud laughing as if, like, you

8 think you can do something to me but you can't.

9

10

11

12

13

14

15

16

17

18

19

20

21

22        Q.    Just so it's clear, so how did you feel when

23 he said that to you?

24        A.    I was heartbroken.  I was heartbroken not

25 even just because of what he said, just because the

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE • 540.667.0600 LOCAL • 540.667.6562 FAX • CountyCourtReporters.com

Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 49 of 66   Pageid#: 535

1  reaction to the other students, and also, I was scared
2  at that moment just because I've never heard someone
3  laugh like that.  So, I was, I was terrified that
4  someone, you know, at that moment, like, would come to
5  my space out of nowhere and just, you know, say
6  something to me of that, like that.  You know what I
7  mean?  So, I was, I was pretty much heartbroken at
8  that moment.
9  **CONTINUATION OF DIRECT EXAMINATION**
10  **BY MR. CURRAN:**
11      **Q.    What was it about the laughter that made you**
12  **scared?**
13      A.    It was menacing.  It was very loud.  It was
14  booming.  I remember it, it make, that's what made me
15  start crying because I immediately, I knew why he was
16  laughing.  He was laughing because he knew I couldn't
17  do anything to stop him.  And at, like, as soon as
18  that registered with me, that's when I kind of just
19  walked away and I didn't come to school for about a
20  week after.
21
22
23
24
25

County
**COURT REPORTERS**, Inc.
Videography • Litigation Technology
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 50 of 66   Pageid#: 536

Q.   And how did Fields feel about white people,
especially towards the end of high school, who didn't
agree with him on his racial views?

A.   He wanted them to die as well.  You know, he
thought that there had to be an uprising.  He talked a
lot about some kind of, like, revolution that, he kept
saying that eventually that the minorities were going
to take over the United States, there's going to be
more minorities than white people.  So, white people
need to, like, wake up and realize that so we can
exterminate, you know, the colors and the gays.  He
said that a lot.  So, yeah, he, yeah.



TOLL-FREE **800.262.8777**
LOCAL 540.667.0600
FAX 540.667.6562

County
**COURT REPORTERS**, Inc.
Videography · Litigation Technology™

U.S. DEPARTMENT OF JUSTICE

U.S. ATTORNEY'S OFFICE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

U.S. COURTHOUSE AND FEDERAL BUILDING
UNITED STATES ATTORNEY'S OFFICE
255 WEST MAIN STREET
SUITE 130
CHARLOTTESVILLE, VIRGINIA  22901

T␣␣IM


THURSDAY, MARCH 08, 2018
12:27 P.M.

GOVERNMENT EXHIBIT

1

2

3

4

5

6

7

8

9

10    Q.    And what was it about the country that he

11  was expressing to you that was a problem that needed

12  to be changed?

13    A.    He specifically, you know, had mentioned

14  several groups of people who he thought were the

15  reason for all of the bad things that were happening

16  in this country, and it was you know, these groups of

17  people that were the reason and they were the cause,

18  and they were one of the things that needed to be

19  changed to make the United States a better place.

20    Q.    And what groups of people would he refer to?

21    A.    He referred to Jewish individuals, African

22  Americans and Muslims for the most part or Islamic

23  people.

24    Q.    Was it limited to those groups?

25    A.    It was not limited to those groups, but it

 1  was, you know, he would occasionally mention, you

 2  know, homosexuals or you know, people that are in the,

 3  you know, LBGT people, but for the most part, you

 4  know, it was really on the basis of African Americans

 5  and Muslims, those were his two, you know, bug points

 6  that he would always tend to make.

 7      **Q.**    **And you mentioned Jews as well?**

 8      A.    Yes.

 9      **Q.**    **How often would he raise this topic?**

10      A.    The topic of these groups was a reoccurring

11  conversation.  It seemed like any time that we would

12  talk about politics, it would come up.



1   A.   His response for a solution was always

2   violence.  I would try to reason with him and say that

3   you ought to, if you want something to change, you

4   should vote for it.  That is you know, that is your

5   right to vote for it, but his, he would always be

6   determined that violence was the answer to his

7   problems.

8   **Q.   And so violence towards these groups is that**

9   **what you are saying?**

10   A.   Violence towards the groups as well as

11   violence in the streets.

12   **Q.   Explain that a little further.  What was he**

13   **advocating or what was he describing?**

14   A.   He never made real specific points towards

15   genocide of these groups, but he said enough that any

16   intelligent person could see that that is what he was

17   referencing to of these groups.  He would, you know,

18   never mentioned the, you know, extermination of you

19   know, whether it African Americans or any, anybody

20   that was a part of that grouping, but he said enough

21   to where you could see that is where he was going with

22   the conversation, and I never let him get that far

23   into the conversation to find out what, you know, how

24   far he was going to go with that, his solution.  He

25   would talk a lot about violence in the streets, and I,

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX    CountyCourtReporters.com

Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 55 of 66   Pageid#: 541

1  and he, his you know, his idea of solution was that we

2  needed some sort of rebellion against the system or

3  you know, that the government or how he would want to

4  put it, that was his, his way of you know, just

5  expressing it, and he said violence was the answer

6  that we couldn't do it politically any more.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 56 of 66   Pageid#: 542



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23      A.     And he would always make a reference to what
24  Hitler did as the solution to our problems.  So, if
25  you know, he, like I said, he never exactly mentioned



1  genocide, but he would always make a point of

2  mentioning what Hitler and the Third Reich did as

3  being a possible solution for our, for the American

4  situation.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

County
COURT REPORTERS, Inc.
Videography      Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 58 of 66   Pageid#: 544



TOLL-FREE **800.262.8777**

LOCAL **540.667.0600**

FAX **540.667.6562**

**COURT REPORTERS**, Inc.

County Videography Litigation Technology™

UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES COURTHOUSE AND FEDERAL BUILDING
255 WEST MAIN STREET
CHARLOTTESVILLE, VIRGINIA 22901

TE    MO
G█   D████

WEDNESDAY, JANUARY 10, 2018
11:06 A.M.



GOVERNMENT
EXHIBIT



```
11    A.    He, he just was kind of just overall giddy,

12 like I said.  You walked through the doors and I

13 overheard him say this is where the magic happened.

14    Q.    This is where the magic happened?

15    A.    Yes.

16    Q.    And what was his ...

17    A.    He was happy.  He was emotionally, he was

18 happy in one of the saddest places I have ever been.

19    Q.    Some people have a dark sense of humor.  Was

20 he making a joke?

21    A.    This is not something you joke about.  You

22 can have the darkest sense of humor, but ...

23    Q.    But you did not perceive him to be joking?

24    A.    No, not one bit.

25    Q.    And did he do anything physically as he
```

1  entered the camp?

2      A.    As he entered the camp, not exactly.  But as
3  we kind of separated from the group, kind of went off
4  on our own ways and were able to experience it as our
5  own instead of as a group, I witnessed James skipping
6  up and down the train tracks that ran through the
7  center of the camp.

8      Q.    And what was the demeanor as he, skipping
9  probably ...

10     A.    Like a kid at Disney World.  Like he was
11  loving it.

12     Q.    Did you have any other encounters with him
13  within the camp that stand out to you?

14     A.    I specifically remember walking over towards
15 the southeastern part of the camp which is where they
16 had the gas chambers.

17     Q.    Gas chambers or crematorium or do you?

18     A.    It was, I believe it was a gas chamber.  I
19 don't believe they had a crematorium at this camp.  If
20 they did, that would have been on the, that would have
21 been on this part of the camp.  I don't think ...

22     Q.    What's your recollection?

23     A.    But we walked into this room where like an
24 immeasurable amount of lives had been taken.  And
25 James is in there and he walks over to me and says

1  it's almost like you can still hear them screaming.

2      Q.    And what was his demeanor at that point?

3      A.    Same demeanor as before.  It's, wow, it's

4  almost like you can still hear them screaming.

5      Q.    And you just did a particular voice.  This

6  won't show up on the record, but.

7      A.    Yes, it was, the voice was elated and happy.

8  Getting enjoyment out of it.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





Case 3:18-cr-00011-MFU   Document 59-2   Filed 07/02/19   Page 63 of 66   Pageid#: 549



GOVERNMENT
EXHIBIT





GOVERNMENT
EXHIBIT