Placeholder for Exhibit 1 Payment History