Placeholder for Exhibit 2 Inmate Detail Report