IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:18CR00011-001 |
| JAMES ALEX FIELDS, JR. ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO FILE EXHIBIT UNDER SEAL**

The United States, by counsel, respectfully moves the Court for an order placing under seal Exhibit 2 to the United States' Motion to Authorize Payment from Inmate Trust Account.

This document contains financial information regarding the funds in Defendant's inmate trust account, including the names and addresses of individuals who wired money into Defendant's inmate trust account. The public discovery of the information set forth therein would greatly invade the privacy of those individuals. A copy of this exhibit is being presented to the Court under separate cover pending ruling on this motion.

A proposed Order is submitted along with this motion.

                                                            Respectfully submitted,

                                                            CHRISTOPHER R. KAVANAUGH
                                                            United States Attorney

Date:  December 21, 2022          /s/ Krista Consiglio Frith
                                                            Krista Consiglio Frith
                                                            Assistant United States Attorney
                                                            Virginia State Bar No. 89088
                                                            P. O. Box 1709
                                                            Roanoke, VA  24008-1709
                                                            Telephone:  (540) 857-2250
                                                            Facsimile:  (540) 857-2283
                                                            E-mail: krista.frith@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2022, I caused a true copy of the foregoing United States' Motion to File Exhibit Under Seal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice to all parties of record, and mailed through the U.S. Postal Service, a copy of the document to the following non-CM/ECF participant:

James Alex Fields, Jr.  #22239-084
MCFP Springfield
Federal Medical Center
P.O. Box 4000
Springfield, MO 65801

                                        /s/ Krista Consiglio Frith
                                        Krista Consiglio Frith
                                        Assistant United States Attorney