IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:18CR00011-001 |
| JAMES ALEX FIELDS, JR., | ) |
| Defendant. | ) |

**ORDER GRANTING UNITED STATES' MOTION TO FILE EXHIBIT UNDER SEAL**

The United States has filed a motion for an Order placing under seal Exhibit 1 and 2 to the United States' Motion to Authorize Payment from Inmate Trust Account.

In light of the document to be sealed, and it appearing proper to do so, it is hereby

**O R D E R E D**

that Exhibit 1 to the United States' Motion to Authorize Payment from Inmate Trust Account shall be placed under seal by the Clerk of this Court.

ENTERED this _____ day of December 2022.

_____
Michael F. Urbanski
CHIEF, UNITED STATES DISTRICT JUDGE