12-30-2022

In The United States District Court
For The Western District of Virginia
Charlottesville Division

United States of America,
Plaintiff

v.   Case No. 3:18-CR-00011-001

James Alex Fields, Jr.

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 23 2023

LAURA A. AUSTIN, CLERK
BY: /s/ J. Scales
DEPUTY CLERK

James Alex Fields Jr. Pro Se Motion To Reduce Payment From Inmate Trust Account

I James Alex Fields Jr hereby Respectfully request That the courts reduce the payment of $650.00 requested by the Government to $298.00. In support of This Motion James Alex Fields Jr Avers as follows

1) In order for James Alex Fields Jr to make payments towards fines, restitution via Inmate Financial responsibility program, I have to resolve all institutional fines per Federal Bearuac of Prison Policy. $300.00 of the $758.00 on my account is encumbered due to institutional fines Thus I have no access to it, other than to pay those institutional fines. Thus if that $300.00 is Removed my ability to make regular payments will be held back while I resolve those institutional fines. I am currently resolving them, and will be paying those fines.

2) In order to make regular payments, and diligently meet my obligations I need to have the ability to make monthly payments. I am currently Scheduled to pay $54.00 a month. Twice the court ordered rate. I had recently missed a payment two months prior, and had the additional $300.00 dollars on my account to pay missed payments, and the upcoming payments. During The past two months my account has been Frozen while I waited for my unit Manager to bring me a new contract to Renew my monthly payments, and pay missed payments.

3) In order to meet my obligations I need to be able to make phone calls, Purchase Stamps, and Sundry items. so I can have contact with the Individuals who provide funding. Aswell as so I make file Motions on my behalf Pro se, and seek legal Counsel. The Government is requesting to remove $650.00 leaving me $150.00 to do this and make payments. However if an additional $300.00 is not left on my account to pay institutional Fines I wont be able to pay IFRP Monthly payments of $54.00. It's taken my unit Manager two Months to bring me a new contract.

4) I have not been able to make regular payments through IFRP due to Covid-19 restrictions Preventing the FBOP from removing fines. Those restrictions have recently been lifted. So as long as I have sufficient funds on my account I will make those monthly payments.

5) Accordingly, I James Alex Fields Jr request the court Grant my pro se Motion to reduce The payment From my trust account requested by The Government to be reduced from $650.00 to $298.00.

Wherefore, The reasons explained above, I James Alex Fields Jr Request the court Grant my Motion.

Respectfully submitted, James Alex Fields Jr.

James Alex Fields, Jr
# 22239-034
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801



RICHMOND MO 658
19 JAN 2023  PM 3 L

Judge Urbanski
Federal Court Building
Charlottesville, VA 22902

22902-999955