```
 SPGIF            *      INMATE DISCIPLINE DATA         *    02-15-2023
PAGE 001          *   CHRONOLOGICAL DISCIPLINARY RECORD  *    08:26:46

 REGISTER NO: 22239-084 NAME..: FIELDS, JAMES ALEX JR
 FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-15-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3499551 - MENTAL F   INCIDENT DATE/TIME: 04-30-2021 1710
UDC HEARING DATE/TIME: 05-06-2021 1118
FACL/UDC/CHAIRPERSON.: ALP/IV-TCU/C. HENDRIX
REPORT REMARKS.......: INMATE FIELDS WAS FOUND NOT COMPETENT BUT RESPONSIBLE BY
                       PSYCHOLOGY STAFF THEREFORE HE IS NOT BEING SANCTIONED B
   CHARGES: 307  REFUSING TO OBEY AN ORDER
            312  BEING INSOLENT TO STAFF MEMBER
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3493781 - SANCTIONED INCIDENT DATE/TIME: 04-14-2021 0549
UDC HEARING DATE/TIME: 04-16-2021 1115
FACL/UDC/CHAIRPERSON.: ALP/IV-TCU/C. HENDRIX
REPORT REMARKS.......: THE UDC COMMITTEE IS SANCTIONING INMATE FIELDS TO 60 DAY
                       S LOSS OF TELEPHONE FROM 06-21-2022 THRU 08-19-2022 AND
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 60 DAYS / CS
                 FROM: 06-21-2022  THRU: 08-19-2022
         COMP:     LAW:    THE UDC COMMITTEE IS SANCTIONING INMATE FIELDS TO
                           60 DAYS LOSS OF TELEPHONE FROM 06-21-2022 THRU 08-
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 3
         LP EMAIL   / 60 DAYS / CS
                 FROM: 06-08-2022  THRU: 08-06-2022
         COMP:     LAW:    THE UDC COMMITTEE IS SANCTIONING INMATE FIELDS TO
                           60 LOSS OF EMAIL FROM 06-08-2022 THRU 08-06-2022.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3484809 - SANCTIONED INCIDENT DATE/TIME: 03-18-2021 0745
DHO HEARING DATE/TIME: 03-26-2021 0851          DHO REPT DEL: 03-29-2021 1439
FACL/CHAIRPERSON.....: ALP/G. EASTON
REPORT REMARKS.......: I/M REFUSED TO APPEAR @ HEARING AND REFUSED TO SIGN WAIV
                       ER
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   TO PUNISH MISCONDUCT
         DS         / 30 DAYS / CS
                 FROM: 05-20-2021  THRU: 06-18-2021
         COMP:     LAW:    PUNISH FOR MISCONDUCT
         LP EMAIL   / 6 MONTHS / CS
                 FROM: 12-08-2021  THRU: 06-07-2022
         COMP:     LAW:    PREVENT MISCONDUCT
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:P
         LP VISIT   / 6 MONTHS / CS
                 FROM: 08-18-2022  THRU: 02-17-2023
         COMP:     LAW:    PREVENT FOR MISCONDUCT


G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit 1

```
   SPGIF          *        INMATE DISCIPLINE DATA          *      02-15-2023
PAGE 002          *     CHRONOLOGICAL DISCIPLINARY RECORD  *      08:26:46

REGISTER NO: 22239-084 NAME..: FIELDS, JAMES ALEX JR
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 02-15-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3482315 - SANCTIONED INCIDENT DATE/TIME: 03-10-2021 1535
DHO HEARING DATE/TIME: 03-17-2021 1452           DHO REPT DEL: 03-30-2021 1000
FACL/CHAIRPERSON.....: ALP/VEGH
REPORT REMARKS.......: I/M REFUSED TO APPEAR @ HEARING REFUSED TO SIGN WAIVER
                       OF APPEARANCE
    208  INTERFERING WITH SECRY DEVICES - FREQ: 3
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   TO PUNISH MISCONDUCT
         DS         / 30 DAYS / CS
                 FROM: 04-20-2021  THRU: 05-19-2021
         COMP:      LAW:    TO PUNISH MISCONDUCT
         LP COMM    / 1 YEARS / CS
                 FROM: 08-18-2022  THRU: 08-17-2023
         COMP:      LAW:    TO DETER FUTURE MISCONDUCT
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:P   TO PUNISH MISCONDUCT
         IMPOUND    / 1 MONTHS / CS
                 FROM: 03-17-2021  THRU: 04-16-2021
         COMP:      LAW:    TO PUNISH MISCONDUCT/IMPOUND PERSONAL PROPERTY
                            EXCEPT FOR LEGAL AND RELIGIOUS MATERIAL
         LP EMAIL   / 6 MONTHS / CS
                 FROM: 06-08-2021  THRU: 12-07-2021
         COMP:      LAW:    TO DETER FUTURE MISCONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3482347 - SANCTIONED INCIDENT DATE/TIME: 03-10-2021 1510
DHO HEARING DATE/TIME: 03-17-2021 1450           DHO REPT DEL: 03-30-2021 1000
FACL/CHAIRPERSON.....: ALP/VEGH
REPORT REMARKS.......: I/M REFUSED TO APPEAR @ HEARING REFUSED TO SIGN WAIVER
                       OF APPEARANCE
    203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   TO PUNISH MISCONDUCT
         LP COMM    / 6 MONTHS / CS
                 FROM: 02-18-2022  THRU: 08-17-2022
         COMP:      LAW:    TO DETER FUTURE MISCONDUCT
         LP PHONE   / 6 MONTHS / CS
                 FROM: 12-21-2021  THRU: 06-20-2022
         COMP:      LAW:    TO DETER FUTURE MISCONDUCT
    208  INTERFERING WITH SECRY DEVICES - FREQ: 2
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   TO PUNISH MISCONDUCT




G0002        MORE PAGES TO FOLLOW . . .
```

```
   SPGIF          *       INMATE DISCIPLINE DATA           *      02-15-2023
PAGE 003          *   CHRONOLOGICAL DISCIPLINARY RECORD    *      08:26:46

REGISTER NO: 22239-084 NAME..: FIELDS, JAMES ALEX JR
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 02-15-2023

DHO HEARING DATE/TIME: 03-17-2021 1450 REPORT 3482347 CONTINUED
        LP MATTRES / 1 MONTHS / CS
                  FROM: 03-17-2021  THRU: 04-16-2021
          COMP:     LAW:    TO DETER FUTURE MISCONDUCT
                            REMOVE MATTRESS DURING DAYLIGHT HOURS
        LP VISIT   / 6 MONTHS / CS
                  FROM: 02-18-2022  THRU: 08-17-2022
          COMP:     LAW:    TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3468327 - SANCTIONED INCIDENT DATE/TIME: 01-23-2021 0845
DHO HEARING DATE/TIME: 02-08-2021 1104            DHO REPT DEL: 02-16-2021 1200
FACL/CHAIRPERSON.....: ALP/BITTENBEND
REPORT REMARKS.......: I/M MADE THREATENING REMARK TO OFFICER
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DS         / 30 DAYS / CS
                  FROM: 03-21-2021  THRU: 04-19-2021
          COMP:     LAW:    PUNISH FOR MISCONDUCT
        LP EMAIL   / 4 MONTHS / CS
                  FROM: 02-08-2021  THRU: 06-07-2021
          COMP:     LAW:    PREVENT MISCONDUCT
        MON FINE   / 61.00 DOLLARS / CS
          COMP:     LAW:    MONETARY FINE *REFUSED TO PAY FINE
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3456292 - SANCTIONED INCIDENT DATE/TIME: 12-08-2020 0820
DHO HEARING DATE/TIME: 12-21-2020 1136            DHO REPT DEL: 12-28-2020 1200
FACL/CHAIRPERSON.....: ALP/BITTENBEND
REPORT REMARKS.......: I/M FOUND IN POSSESSION OF HOMEMADE WEAPON
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 90 DAYS / CS
                  FROM: 12-21-2020  THRU: 03-20-2021
          COMP:     LAW:    PUNISH FOR MISCONDUCT
        LP COMM    / 1 YEARS / CS
                  FROM: 02-18-2021  THRU: 02-17-2022
          COMP:     LAW:    PREVENT MISCONDUCT
        LP PHONE   / 1 YEARS / CS
                  FROM: 12-21-2020  THRU: 12-20-2021
          COMP:     LAW:    PREVENT MISCONDUCT
        MON FINE   / 250.00 DOLLARS / CS
          COMP:     LAW:    MONETARY FINE*
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3448810 - SANCTIONED INCIDENT DATE/TIME: 11-10-2020 0745
DHO HEARING DATE/TIME: 11-18-2020 0840
FACL/CHAIRPERSON.....: ALP/G. EASTON
REPORT REMARKS.......: I/M DID NOT ADMIT NOR DENY.  FOUND RESPONSIBLE.



G0002       MORE PAGES TO FOLLOW . . .
```

```
  SPGIF            *       INMATE DISCIPLINE DATA         *     02-15-2023
PAGE 004 OF 004  *    CHRONOLOGICAL DISCIPLINARY RECORD   *     08:26:46

REGISTER NO: 22239-084 NAME..: FIELDS, JAMES ALEX JR
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-15-2023

DHO HEARING DATE/TIME: 11-18-2020 0840 REPORT 3448810 CONTINUED
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   MOST LIKE 225
        LP COMM     / 3 MONTHS / CS
                    FROM: 11-18-2020  THRU: 02-17-2021
        COMP:     LAW:
        LP VISIT    / 3 MONTHS / CS
                    FROM: 11-18-2020  THRU: 02-17-2021
        COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3297893 - SANCTIONED INCIDENT DATE/TIME: 08-29-2019 1945
DHO HEARING DATE/TIME: 09-18-2019 1121         DHO REPT DEL: 01-07-2020 1430
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: DENIES CHARGE.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DS          / 60 DAYS / CS
                    FROM: 09-18-2019  THRU: 11-16-2019
        COMP:     LAW:    TO DETER FUTURE MISCONDUCT
        LP COMM     / 180 DAYS / CS
                    FROM: 09-18-2019  THRU: 03-15-2020
        COMP:     LAW:    TO DETER FUTURE MISCONDUCT




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```